624

STATE of Vermont v. Kenneth DWYER, No. 44-79

March 20, 1980. Motion for permission of Attorney Edwards C. O'Boyle, counsel for appellant, Kenneth Dwyer, to withdraw is granted.

Bruce and Lorna GILMAN v. Rodney KELLEY, No. 35-79

March 20, 1980. Appeal is dismissed for failure to comply with the progress order dated February 5, 1980.

Doris McClintock ALLEN v. Wolcott Charles ALLEN, No. 111-79

March 20, 1980. Motion of Attorney Edwards C. O'Boyle to withdraw as counsel for appellant Wolcott C. Allen is granted effective April 8, 1980, unless notice to the contrary is received.

Doris McClintock ALLEN v. Wolcott Charles ALLEN, No. 111-79

March 20, 1980. Motion to dismiss is granted as set forth in the correspondence on file with the Court.

STATE of Vermont v. Robert COLBY, No. 217-79

March 20, 1980. Motion of Attorney Kenneth Geduldig to withdraw as counsel for the appellant, Robert Colby, is granted.

STATE of Vermont v. Robert Eugene McCARTHY, No. 264-79

March 20, 1980. Appeal dismissed for failure to comply with the order dated February 5, 1980.

Adam MASLACK v. TOWN OF POULTNEY, No. 329-79

March 20, 1980. Motion of Frederick deG. Harlow to withdraw as attorney for appellant is granted. Daley, J.

David and Mary BAIN v. Ruth and Homer DURKEE, Jr., No. 367-79

March 20, 1980. Plaintiff's motion to dismiss is granted.

STATE of Vermont v. Sandra MASON, No. 77-80

March 20, 1980. Execution of that portion of the defendant's sentence requiring incarceration is stayed pending determination of the appeal. Defendant is ordered released forthwith pending determination of this appeal.